Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–34747–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ramon P DeOcampo | Kathleen T DeOcampo |
| 175 Pulaski Avenue | 175 Pulaski Avenue |
| Sayreville, NJ 08872 | Sayreville, NJ 08872 |

Social Security No.:
  xxx–xx–0273                                                                      xxx–xx–0541

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           2/13/18
Time:          10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 22, 2017
JAN: pbf

                                                    Jeanne Naughton
                                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-34747-MBK
Ramon P DeOcampo                                                          Chapter 13
Kathleen T DeOcampo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 4              Date Rcvd: Dec 22, 2017
                              Form ID: 132             Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
```
db/jdb         +Ramon P DeOcampo,    Kathleen T DeOcampo,    175 Pulaski Avenue,    Sayreville, NJ 08872-1252
517219745      ++CAPITAL ONE,    PO BOX 30285,     SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517219741      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517219751      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517219750      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517219752      +Chase Mtg,    P.o. Box 24696,    Columbus, OH 43224-0696
517219755      +Citibank / Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
517219754      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517219757      +Citibank/Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
517219756      +Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
517219759      +Citicards Cbna,    Po Box 6241,    Sioux Falls, SD 57117-6241
517219758      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517219762      +Citifinancia,    605 Munn Road,    Fort Mill, SC 29715-8421
517219760      +Citifinancia,    Attn: Bankruptcy,    605 Munn Dr,    Fort Mill, SC 29715-8421
517219765      +Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
517219764      +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517219766      +Comenity Capital Bank/HSN,    Po Box 182125,    Columbus, OH 43218-2125
517219767      +Comenity Capital Bank/HSN,    995 W 122nd Ave,    Westminster, CO 80234-3417
517219768      +Comenity Capital/blair,    Po Box 182125,    Columbus, OH 43218-2125
517219769      +Comenity Capital/blair,    Po Box 182120,    Columbus, OH 43218-2120
517219770      +Comenitycapital/boscov,    Po Box 182120,    Columbus, OH 43218-2120
517219771      +Comenitycapital/overst,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517219772      +Comenitycapital/overst,    Po Box 182120,    Columbus, OH 43218-2120
517219773      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     Attn: Bankruptcy,    Po Box 81577,
                 Austin, TX 78708)
517219774      +Dell Financial Services,    Po Box 81607,    Austin, TX 78708-1607
517219779       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517219780      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517219781      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517219783      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517219792      +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
517219794      +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517219797      +Midlsex Inv,    616 Highway 18,    East Brunswick, NJ 08816-3707
517219800      +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
517219823      +PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
517219822      +PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
517219826      +Shellpoint Mortgage Servicing,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
517219825      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
517219849      +TD Retail Card Services,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517219848      +TD Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517219851      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517219846      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517219847      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
517219852       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517219853      +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
517219854      +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
517219858      +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517219855      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517219862      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
517219861      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
517219863       Wffnb Retail,    Cscl Dispute Team,    Des Moines, IA 50306
517219864      +William E. Brewer, Esq.,    PO Box 1001,    Marmora, NJ 08223-5001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2017 22:15:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2017 22:15:41     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517219732      +E-mail/Text: ally@ebn.phinsolutions.com Dec 22 2017 22:15:01     Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517219733      +E-mail/Text: ally@ebn.phinsolutions.com Dec 22 2017 22:15:01     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
```

```
District/off: 0312-3          User: admin              Page 2 of 4                  Date Rcvd: Dec 22, 2017
                              Form ID: 132             Total Noticed: 89


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517219734      +E-mail/PDF: cbp@onemainfinancial.com Dec 22 2017 22:17:13
                 American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,    Evansville, IN 47731-3251
517219737      +E-mail/PDF: cbp@onemainfinancial.com Dec 22 2017 22:17:26
                 American General Financial/Springleaf Fi,    1692 Oak Tree Rd,    Edison, NJ 08820-2853
517219740      +E-mail/Text: cms-bk@cms-collect.com Dec 22 2017 22:15:28      Capital Management Services LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517219749      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 22 2017 22:17:46
                 Capital One Auto Finance,    3901 Dallas Pkwy,   Plano, TX 75093-7864
517219777       E-mail/Text: mrdiscen@discover.com Dec 22 2017 22:15:03      Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
517230549       E-mail/Text: mrdiscen@discover.com Dec 22 2017 22:15:03      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517219775      +E-mail/Text: mrdiscen@discover.com Dec 22 2017 22:15:03      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517219785      +E-mail/Text: BKRMailOPS@weltman.com Dec 22 2017 22:15:32      Jared-galleria Of Jwlr,
                 375 Ghent Rd,    Fairlawn, OH 44333-4601
517219786      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 22 2017 22:15:07      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517219787      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 22 2017 22:15:07      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517219788      +E-mail/Text: bk@lendingclub.com Dec 22 2017 22:16:19      Lending Club Corp,   71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
517219793      +E-mail/Text: BKRMailOPS@weltman.com Dec 22 2017 22:15:32      Leroys Jewelers,   375 Ghent Rd,
                 Akron, OH 44333-4601
517219798      +E-mail/PDF: pa_dc_claims@navient.com Dec 22 2017 22:17:31      Navient,
                 Navient US Dept of Ed Loan Servicing,    Po Box 9635,    Wilkes-Barr, PA 18773-9635
517219799      +E-mail/PDF: pa_dc_claims@navient.com Dec 22 2017 22:17:17      Navient,   11100 Usa Pkwy,
                 Fishers, IN 46037-9203
517219802      +E-mail/PDF: cbp@onemainfinancial.com Dec 22 2017 22:17:12      Onemain,   Po Box 1010,
                 Evansville, IN 47706-1010
517219813      +E-mail/PDF: cbp@onemainfinancial.com Dec 22 2017 22:17:39      Onemain Financial,
                 6801 Colwell Blvd,    Irving, TX 75039-3198
517219804      +E-mail/PDF: cbp@onemainfinancial.com Dec 22 2017 22:17:38      Onemain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
517219824      +E-mail/Text: bankruptcyteam@quickenloans.com Dec 22 2017 22:16:07      Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
517219827       E-mail/PDF: cbp@onemainfinancial.com Dec 22 2017 22:17:26      Springleaf Financial S,
                 4000 Route 130 Ste 12,    Delran, NJ 08075
517219828      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:41      Syncb/home Design Ami,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517219829      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:15      Syncb/home Design Ami,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
517219830      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:41      Syncb/modells,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517219831      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:15      Syncb/modells,   Po Box 965005,
                 Orlando, FL 32896-5005
517221275      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:29      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517219832      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:15      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517219834      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:41      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
517219836      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:41      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517219838      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:15      Synchrony Bank/ Old Navy,
                 Po Box 965005,    Orlando, FL 32896-5005
517219840      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:29      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517219841      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:41      Synchrony Bank/Amazon,
                 Po Box 965015,    Orlando, FL 32896-5015
517219842      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:15      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517219843      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:15      Synchrony Bank/TJX,
                 Po Box 965005,    Orlando, FL 32896-5005
517219844      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:41      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517219845      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:15      Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 38

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3          User: admin              Page 3 of 4            Date Rcvd: Dec 22, 2017
                              Form ID: 132             Total Noticed: 89

517219735*       +American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                   Po Box 3251,    Evansville, IN 47731-3251
517219736*       +American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                   Po Box 3251,    Evansville, IN 47731-3251
517219738*       +American General Financial/Springleaf Fi,    1692 Oak Tree Rd,    Edison, NJ 08820-2853
517219739*       +American General Financial/Springleaf Fi,    1692 Oak Tree Rd,    Edison, NJ 08820-2853
517219746*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517219747*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517219748*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517219742*       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517219743*       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517219744*       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517219753*       +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
517219763*       +Citifinancia,    605 Munn Road,    Fort Mill, SC 29715-8421
517219761*       +Citifinancia,    Attn: Bankruptcy,    605 Munn Dr,    Fort Mill, SC 29715-8421
517219778*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                 (address filed with court: Discover Financial,    Po Box 15316,    Wilmington, DE 19850)
517219776*       +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
517219782*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517219784*       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517219789*       +Lending Club Corp,    71 Stevenson St,    Suite 300,    San Francisco, CA 94105-2985
517219790*       +Lending Club Corp,    71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
517219791*       +Lending Club Corp,    71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
517219795*       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517219796*       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517219801*       +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
517219803*       +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
517219814*       +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219815*       +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219816*       +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219817*       +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219818*       +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219819*       +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219820*       +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219821*       +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219805*       +Onemain Financial,    Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
517219806*       +Onemain Financial,    Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
517219807*       +Onemain Financial,    Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
517219808*       +Onemain Financial,    Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
517219809*       +Onemain Financial,    Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
517219810*       +Onemain Financial,    Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
517219811*       +Onemain Financial,    Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
517219812*       +Onemain Financial,    Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
517219833*       +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517219835*       +Synchrony Bank/ JC Penneys,    Po Box 965007,    Orlando, FL 32896-5007
517219837*       +Synchrony Bank/ Old Navy,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517219839*       +Synchrony Bank/ Old Navy,    Po Box 965005,    Orlando, FL 32896-5005
517219850*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                   Cedar Rapids, IA 52408)
517219856*       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517219857*       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517219859*       +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517219860*       +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
                                                                                            TOTALS: 0, * 49, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3               User: admin                    Page 4 of 4                    Date Rcvd: Dec 22, 2017
                                   Form ID: 132                   Total Noticed: 89
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Justin M Gillman    on behalf of Debtor Ramon P DeOcampo abgillman@optonline.net,
               r47252@notify.bestcase.com
              Justin M Gillman    on behalf of Joint Debtor Kathleen T DeOcampo abgillman@optonline.net,
               r47252@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```