UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans Inc.

In Re:

Ramon Deocampo & Kathleen Deocampo,

Debtors.

Case No.:     17-34747-MBK

Chapter:     13

Hearing Date:     4/24/2018

Judge:     Kaplan

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 19)

_____

Date: 4/19/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*