B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:  
RAMON P DEOCAMPO

KATHLEEN T DEOCAMPO

Case No.  1734747

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
------------------------------------------  
Name of Transferee

ONEMAIN  
------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 8  
Amount of Claim: $15,231.04  
Date Claim Filed: 01/11/2018

Phone: (877)829-8298  
Last Four Digits of Acct # :  9189

Phone:  
Last Four Digits of Acct #: 9189

Name and Address where transferee payments  
Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
ONEMAIN FINANCIAL GROUP, LLC  
100 International Drive  
Baltimore MD 21202

Phone: (877)829-8298  
Last Four Digits of Acct # : 9189

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Deborah S. Calvert                                Date: 5/31/2018  
    -------------------------------------------  
    Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

ASSIGNMENT AND BILL OF SALE

OneMain Financial Group, LLC, a Delaware limited liability company, OneMain Financial (HI), Inc., OneMain Financial, Inc., (WV), OneMain Financial Services, Inc., (MN), OneMain Financial B1 Warehouse Trust, OneMain Financial B2 Warehouse Trust, OneMain Financial B3 Warehouse Trust, OneMain Financial B4 Warehouse Trust, OneMain Financial B5 Warehouse Trust, OneMain Financial B6 Warehouse Trust, OneMain Financial Funding, LLC (DE), OneMain Financial Issuance Trust 2014-1 (DE), OneMain Financial Funding II, LLC (DE), OneMain Financial Issuance Trust 2014-2 (DE), Onemain Financail Warehouse, LLC (DE), Onemain Financial Warehouse Trust (DE), Onemain Financial Funding III, LLC (DE), OneMain Financial Issuance Trust 2015-1 (DE), OneMain Financial Issuance Trust 2015-2 (DE), OneMain Financial Issuance Trust 2015-3 (DE), OneMain Financial Issuance Trust 2015-4 (DE), OneMain Financial Issuance Trust 2016-1 (DE), OneMain Financial Issuance Trust 2016-2 (DE) and OneMain Financial Issuance Trust 2016-3(DE) has entered into that certain Account Purchase and Sale Agreement dated December 12, 2017, ("Agreement") for the sale of Accounts to Portfolio Recovery Associates, LLC, a Delaware limited liability company (hereinafter called "Buyer"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers' rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled [redacted]

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the 16th day of May, 2018.

## ASSIGNMENT AND BILL OF SALE
## SIGNATURE PAGE

**ONEMAIN FINANCIAL GROUP, LLC,** a Delaware limited liability company on behalf of itself and attorney in fact for OneMain Financial B1 Warehouse Trust, OneMain Financial B2 Warehouse Trust, OneMain Financial B3 Warehouse Trust, OneMain Financial B4 Warehouse Trust, OneMain Financial B5 Warehouse Trust, OneMain Financial B6 Warehouse Trust, OneMain Financial Funding, LLC (DE), OneMain Financial Issuance Trust 2014-1 (DE), OneMain Financial Funding II, LLC (DE), OneMain Financial Issuance Trust 2014-2 (DE), OneMain Financial Warehouse, LLC (DE), OneMain Financial Warehouse Trust (DE), OneMain Financial Funding III, LLC (DE), OneMain Financial Issuance Trust 2015-1 (DE), OneMain Financial Issuance Trust 2015-2 (DE), OneMain Financial Issuance Trust 2015-3 (DE), OneMain Financial Issuance Trust 2015-4 (DE), OneMain Financial Issuance Trust 2016-1 (DE), OneMain Financial Issuance Trust 2016-2 (DE) and OneMain Financial Issuance Trust 2016-3 (DE).

By: _____
Name: J. Scott Bailer
Title: Vice President, Sr. Managing Director


**ONEMAIN FINANCIAL(HI), INC.**
A Hawaii corporation

By: _____
Name: J. Scott Bailer
Title: Vice President, Sr. Managing Director


**ONEMAIN FINANCIAL INC., (WV)**
A West Virginia corporation

By: _____
Name: J. Scott Bailer
Title: Vice President, Sr. Managing Director


**ONEMAIN FINANCIAL SERVICES, INC.,**
A Minnesota corporation

By: _____
Name: J. Scott Bailer
Title: Vice President, Sr. Managing Director


**PORTFOLIO RECOVERY ASSOCIATES, LLC**

By: _____
Name: CHRIS B GRAVES
Title: Authorized Signer