**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| IN RE: | Case No. 17-34747-MBK |
| | Chapter 13 |
| KATHLEEN DEOCAMPO | |
| RAMON P DEOCAMPO | |
| Debtor(s). | |

### NOTICE OF APPEARANCE

**CSMC 2017-2 Trust c/o Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven Kelly, Esquire**
**Stern & Eisenberg, PC**
**1040 N. Kings Highway, Suite 407**
**Cherry Hill, NJ 08034**

By:  */s/ Steven Kelly, Esquire*
Steven Kelly, Esquire,
Bar No: 010032010
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, NJ 08034
Phone: (609) 397-9200
Fax: (856) 667-1456
skelly@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 29th day of June, 2018, to the following:

Justin M. Gillman
Gillman & Gillman
770 Amboy Avenue
Edison, NJ 08837
abgillman@optonline.com
*Attorney for Debtor(s)*

Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
*Chapter 13 Trustee*

United S. Trustee
US Dept of Justice Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Kathleen DeOcampo
175 Pulaski Avenue
Sayreville, NJ 08872

Ramon P DeOcampo
175 Pulaski Ave
Sayreville, NJ 08872
*Debtor(s)*

                                                By:   */s/Steven Kelly, Esquire*