UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman & Gillman, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

In Re:

Ramon DeOcampo
Kathleen DeOcampo

Case No.: _____17-34747_____

Chapter: _____13_____

Hearing Date: _____8/28/18_____

Judge: _____MBK_____

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion Regarding POC of Wilmington Savings Funds Society and Determine Priority of Mortgages (Docket No. 32)   Consent Order to be Submitted.

Date: 8/27/18

/s/ Justin M. Gillman
Signature

*rev.8/1/15*