Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Ramon DeOcampo<br>Kathleen DeOcampo<br><br>　　　　　Debtor(s). | Chapter:　　13<br><br>Case No.:　　17-34747<br><br>Hearing Date: 8/28/2018<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J. |

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER ON DEBTOR'S MOTION REGARDING THE PROOF OF CLAIM OF CSMC 2017-2 TRUST ℅ WILMINGTON SAVINGS FUNDS SOCIETY, FSB, DBA CHRISTIANA TRUST

I certify that with respect to the Consent Order, submitted to the Court, the following conditions have been met:

(a)  The terms of the consent order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c)  I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original consent order available for inspection on request of the Court or any party in interest; and

(e)  I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: September 11, 2018　　　　　　　　　　　/s/ Justin M. Gillman
　　　　　　　　　　　　　　　　　　　　　　　　　　Justin M. Gillman, Esq.