Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34747−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ramon P DeOcampo                    Kathleen T DeOcampo
175 Pulaski Avenue                  175 Pulaski Avenue
Sayreville, NJ 08872                Sayreville, NJ 08872

Social Security No.:
xxx−xx−0273                         xxx−xx−0541

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on December 21, 2017 and a confirmation hearing on such Plan has been scheduled for October 9, 2018.

The debtor filed a Modified Plan on September 11, 2018 and a confirmation hearing on the Modified Plan is scheduled for Oct. 23, 2018 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: September 13, 2018
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-34747-MBK
Ramon P DeOcampo                                                          Chapter 13
Kathleen T DeOcampo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 4              Date Rcvd: Sep 13, 2018
                              Form ID: 186             Total Noticed: 109

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
```
db/jdb         +Ramon P DeOcampo,    Kathleen T DeOcampo,    175 Pulaski Avenue,    Sayreville, NJ 08872-1252
cr             +CSMC 2017-2 Trust c/o Wilmington Savings Funds Soc,     Stern & Eisenberg, PC,
                 1040 N. Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
517250451       CREDIT SUISSE,   C/O SHELLPOINT MORTGAGE SERVICING,     PO BOX 10826,    GREENVILLE SC 29603-0826
517325050       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517219751      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517219750      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517219752      +Chase Mtg,    P.o. Box 24696,    Columbus, OH 43224-0696
517219755      +Citibank / Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
517219754      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,     Po Box 790040,
                 Saint Louis, MO 63179-0040
517219757      +Citibank/Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
517219756      +Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,     Po Box 790040,
                 St Louis, MO 63179-0040
517219759      +Citicards Cbna,    Po Box 6241,    Sioux Falls, SD 57117-6241
517219758      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,     Po Box 790040,
                 Saint Louis, MO 63179-0040
517219762      +Citifinancia,    605 Munn Road,    Fort Mill, SC 29715-8421
517219760      +Citifinancia,    Attn: Bankruptcy,    605 Munn Dr,    Fort Mill, SC 29715-8421
517219773     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,      Attn: Bankruptcy,    Po Box 81577,
                 Austin, TX 78708)
517219774      +Dell Financial Services,    Po Box 81607,    Austin, TX 78708-1607
517259187       Department Stores National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517219779       Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
517219780      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517219781      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517219783      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517219792      +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,     Po Box 1799,
                 Akron, OH 44309-1799
517219794      +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517284681      +Middlesex Investment Corp.,     DL Thompson Law,    POB 679,    Allenwood, NJ 08720-0679
517219797      +Midlsex Inv,    616 Highway 18,    East Brunswick, NJ 08816-3707
517219800      +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
517219823      +PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
517219822     #+PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
517219826      +Shellpoint Mortgage Servicing,     75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
517219825      +Shellpoint Mortgage Servicing,     Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
517219849      +TD Retail Card Services,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517219848      +TD Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517219851     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,      4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517219846      +Target,   C/O Financial & Retail Srvs,     Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517219847      +Target,   Po Box 673,    Minneapolis, MN 55440-0673
517219852       TransUnion,   P.O. Box 2000,    Crum Lynne, PA 19022
517219855      +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517219858      +Visa Dept Store National Bank/Macy's,     Po Box 8218,    Mason, OH 45040-8218
517219862      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
517219861      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
517293933       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,     Des Moines, IA 50306-0438
517289035       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,     PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517219863       Wffnb Retail,    Cscl Dispute Team,    Des Moines, IA 50306
517219864      +William E. Brewer, Esq.,    PO Box 1001,    Marmora, NJ 08223-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2018 23:06:28      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2018 23:06:25      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517219732      +E-mail/Text: ally@ebn.phinsolutions.com Sep 13 2018 23:05:22      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517262041       E-mail/Text: ally@ebn.phinsolutions.com Sep 13 2018 23:05:22      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517219733      +E-mail/Text: ally@ebn.phinsolutions.com Sep 13 2018 23:05:22      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
517219734      +E-mail/PDF: cbp@onemainfinancial.com Sep 13 2018 23:10:54
                 American General Financial/Springleaf Fi,     Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,   Evansville, IN 47731-3251
517219737      +E-mail/PDF: cbp@onemainfinancial.com Sep 13 2018 23:11:33
                 American General Financial/Springleaf Fi,     1692 Oak Tree Rd,    Edison, NJ 08820-2853
```

```
District/off: 0312-3            User: admin                 Page 2 of 4                   Date Rcvd: Sep 13, 2018
                                Form ID: 186                Total Noticed: 109


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517219745      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 13 2018 23:11:02      Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
517219740     +E-mail/Text: cms-bk@cms-collect.com Sep 13 2018 23:05:56      Capital Management Services LP,
               698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517219741     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 13 2018 23:11:42      Capital One,
               Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517219749     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 13 2018 23:11:12
               Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
517219764     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2018 23:06:01
               Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
517219765     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2018 23:06:01
               Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
517219766     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2018 23:06:01      Comenity Capital Bank/HSN,
               Po Box 182125,    Columbus, OH 43218-2125
517219767     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2018 23:06:01      Comenity Capital Bank/HSN,
               995 W 122nd Ave,    Westminster, CO 80234-3417
517219769     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2018 23:06:02      Comenity Capital/blair,
               Po Box 182120,    Columbus, OH 43218-2120
517219768     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2018 23:06:02      Comenity Capital/blair,
               Po Box 182125,    Columbus, OH 43218-2125
517219770     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2018 23:06:02      Comenitycapital/boscov,
               Po Box 182120,    Columbus, OH 43218-2120
517219771     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2018 23:06:02      Comenitycapital/overst,
               Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517219772     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2018 23:06:02      Comenitycapital/overst,
               Po Box 182120,    Columbus, OH 43218-2120
517219777      E-mail/Text: mrdiscen@discover.com Sep 13 2018 23:05:23      Discover Financial,   Po Box 15316,
               Wilmington, DE 19850
517230549      E-mail/Text: mrdiscen@discover.com Sep 13 2018 23:05:23      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
517219775     +E-mail/Text: mrdiscen@discover.com Sep 13 2018 23:05:23      Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
517219785     +E-mail/Text: BKRMailOPS@weltman.com Sep 13 2018 23:05:58      Jared-galleria Of Jwlr,
               375 Ghent Rd,    Fairlawn, OH 44333-4601
517219786     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 13 2018 23:05:28      Kohls/Capital One,
               Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517219787     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 13 2018 23:05:28      Kohls/Capital One,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517338482      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2018 23:11:54
               LVNV Funding, LLC its successors and assigns as,    assignee of LendingClub Corporation,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517338483      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2018 23:11:54
               LVNV Funding, LLC its successors and assigns as,    assignee of Incline Fund II, LTD,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517219788     +E-mail/Text: bk@lendingclub.com Sep 13 2018 23:07:03      Lending Club Corp,   71 Stevenson St,
               Suite 300,    San Francisco, CA 94105-2985
517219793     +E-mail/Text: BKRMailOPS@weltman.com Sep 13 2018 23:05:58      Leroys Jewelers,   375 Ghent Rd,
               Akron, OH 44333-4601
517321334     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 13 2018 23:06:24      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
517219798     +E-mail/PDF: pa_dc_claims@navient.com Sep 13 2018 23:11:10      Navient,
               Navient US Dept of Ed Loan Servicing,    Po Box 9635,    Wilkes-Barr, PA 18773-9635
517219799     +E-mail/PDF: pa_dc_claims@navient.com Sep 13 2018 23:11:10      Navient,   11100 Usa Pkwy,
               Fishers, IN 46037-9203
517273620      E-mail/PDF: cbp@onemainfinancial.com Sep 13 2018 23:10:52      ONEMAIN,   PO BOX 3251,
               EVANSVILLE, IN. 47731-3251
517219802     +E-mail/PDF: cbp@onemainfinancial.com Sep 13 2018 23:12:17      Onemain,   Po Box 1010,
               Evansville, IN 47706-1010
517219813     +E-mail/PDF: cbp@onemainfinancial.com Sep 13 2018 23:11:33      Onemain Financial,
               6801 Colwell Blvd,    Irving, TX 75039-3198
517219804     +E-mail/PDF: cbp@onemainfinancial.com Sep 13 2018 23:11:33      Onemain Financial,
               Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
517519543      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2018 23:11:07
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517519544      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2018 23:23:20
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517265609     +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 13 2018 23:06:42      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517328020      E-mail/Text: bnc-quantum@quantum3group.com Sep 13 2018 23:06:14
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA   98083-0788
517328010      E-mail/Text: bnc-quantum@quantum3group.com Sep 13 2018 23:06:15
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA   98083-0788
517297090     +E-mail/Text: bankruptcyteam@quickenloans.com Sep 13 2018 23:06:53      Quicken Loans, Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
517219824     +E-mail/Text: bankruptcyteam@quickenloans.com Sep 13 2018 23:06:53      Quickn Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
```

```
District/off: 0312-3          User: admin                Page 3 of 4                   Date Rcvd: Sep 13, 2018
                              Form ID: 186               Total Noticed: 109


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517219827      E-mail/PDF: cbp@onemainfinancial.com Sep 13 2018 23:11:33      Springleaf Financial S,
                 4000 Route 130 Ste 12,   Delran, NJ 08075
517219828     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:12:21      Syncb/home Design Ami,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517219829     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:10:55      Syncb/home Design Ami,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
517219830     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:11:36      Syncb/modells,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
517219831     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:12:21      Syncb/modells,   Po Box 965005,
                 Orlando, FL 32896-5005
517221275     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:12:22      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517219832     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:12:21      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517219834     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:10:56      Synchrony Bank/ JC Penneys,
                 Po Box 965007,   Orlando, FL 32896-5007
517219836     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:10:56      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517219838     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:12:23      Synchrony Bank/ Old Navy,
                 Po Box 965005,   Orlando, FL 32896-5005
517219840     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:12:22      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517219841     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:11:37      Synchrony Bank/Amazon,
                 Po Box 965015,   Orlando, FL 32896-5015
517219842     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:11:37      Synchrony Bank/TJX,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517219843     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:10:56      Synchrony Bank/TJX,
                 Po Box 965005,   Orlando, FL 32896-5005
517219844     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:12:22      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517219845     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 23:12:22      Synchrony Bank/Walmart,
                 Po Box 965024,   Orlando, FL 32896-5024
517336102     +E-mail/Text: bncmail@w-legal.com Sep 13 2018 23:06:36      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517219854     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 13 2018 23:05:11
                 Verizon,   Po Box 650584,   Dallas, TX 75265-0584
517219853     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 13 2018 23:05:11
                 Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
517326654     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2018 23:11:17      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 64

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517219735*     +American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,   Evansville, IN 47731-3251
517219736*     +American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,   Evansville, IN 47731-3251
517219738*     +American General Financial/Springleaf Fi,    1692 Oak Tree Rd,   Edison, NJ 08820-2853
517219739*     +American General Financial/Springleaf Fi,    1692 Oak Tree Rd,   Edison, NJ 08820-2853
517219746*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
517219747*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
517219748*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
517219742*     +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517219743*     +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517219744*     +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517219753*     +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
517219763*     +Citifinancia,   605 Munn Road,   Fort Mill, SC 29715-8421
517219761*     +Citifinancia,   Attn: Bankruptcy,   605 Munn Dr,   Fort Mill, SC 29715-8421
517219778*    ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial,    Po Box 15316,   Wilmington, DE 19850)
517219776*     +Discover Financial,   Po Box 3025,   New Albany, OH 43054-3025
517219782*     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
517219784*     +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
517219789*     +Lending Club Corp,   71 Stevenson St,   Suite 300,   San Francisco, CA 94105-2985
517219790*     +Lending Club Corp,   71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
517219791*     +Lending Club Corp,   71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
517296841*     +MARINER FINANCE, LLC,   8211 TOWN CENTER DRIVE,   NOTTINGHAM, MD 21236-5904
517219795*     +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
517219796*     +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
517219801*     +Northland Group,   PO Box 390905,   Minneapolis, MN 55439-0905
517219803*     +Onemain,   Po Box 1010,   Evansville, IN 47706-1010
517219814*     +Onemain Financial,   6801 Colwell Blvd,   Irving, TX 75039-3198
517219815*     +Onemain Financial,   6801 Colwell Blvd,   Irving, TX 75039-3198
517219816*     +Onemain Financial,   6801 Colwell Blvd,   Irving, TX 75039-3198
```

```
District/off: 0312-3             User: admin             Page 4 of 4              Date Rcvd: Sep 13, 2018
                                 Form ID: 186            Total Noticed: 109


            ***** BYPASSED RECIPIENTS (continued) *****
517219817*        +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219818*        +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219819*        +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219820*        +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219821*        +Onemain Financial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517219806*        +Onemain Financial,    Attn: Bankruptcy,     Po Box 3251,     Evansville, IN 47731-3251
517219807*        +Onemain Financial,    Attn: Bankruptcy,     Po Box 3251,     Evansville, IN 47731-3251
517219808*        +Onemain Financial,    Attn: Bankruptcy,     Po Box 3251,     Evansville, IN 47731-3251
517219809*        +Onemain Financial,    Attn: Bankruptcy,     Po Box 3251,     Evansville, IN 47731-3251
517219810*        +Onemain Financial,    Attn: Bankruptcy,     Po Box 3251,     Evansville, IN 47731-3251
517219811*        +Onemain Financial,    Attn: Bankruptcy,     Po Box 3251,     Evansville, IN 47731-3251
517219812*        +Onemain Financial,    Attn: Bankruptcy,     Po Box 3251,     Evansville, IN 47731-3251
517219805*        +Onemain Financial,    Attn: Bankruptcy,     Po Box 3251,     Evansville, IN 47731-3251
517564419*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                   Norfolk, VA 23541)
517564420*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                   Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541)
517219833*        +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517219835*        +Synchrony Bank/ JC Penneys,    Po Box 965007,    Orlando, FL 32896-5007
517219837*        +Synchrony Bank/ Old Navy,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517219839*        +Synchrony Bank/ Old Navy,    Po Box 965005,    Orlando, FL 32896-5005
517219850*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                   Cedar Rapids, IA 52408)
517219856*        +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517219857*        +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517219859*        +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517219860*        +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
                                                                                      TOTALS: 0, * 52, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Justin M Gillman    on behalf of Debtor Ramon P DeOcampo abgillman@optonline.net,
           r47252@notify.bestcase.com
          Justin M Gillman    on behalf of Joint Debtor Kathleen T DeOcampo abgillman@optonline.net,
           r47252@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          Steven P. Kelly    on behalf of Creditor   CSMC 2017-2 Trust c/o Wilmington Savings Funds Society,
           FSB, d/b/a Christiana Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```