Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.



Order Filed on September 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter:    13 |
| Ramon DeOcampo<br>Kathleen DeOcampo | Case No.:    17-34747 |
| | Hearing Date: August 28, 2018 |
| Debtor(s). | Judge: Hon. Michael B. Kaplan, U.S.B.J. |

**CONSENT ORDER ON DEBTOR'S MOTION REGARDING THE PROOF OF CLAIM OF CSMC 2017-2 TRUST C/O WILMINGTON SAVINGS FUNDS SOCIETY, FSB, DBA CHRISTIANA TRUST**

The relief set forth on the following pages, numbers two (2) through three (3) is hereby

ORDERED.

**DATED: September 18, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In Re: DeOcampo
Case No.: 17-34747

THIS MATTER having come before the Court by way of the Debtor's Motion Regarding the Proof of Claim of CSMC 2017-2 Trust ℅ Wilmington Savings Funds Society, FSB, DBA Christina Trust, To Determine The Priority of Mortgage on the Property & to Vacate the Order Resolving Objection to Confirmation of Quicken Loans, Inc. Pending Determination of Priority of Mortgages; Justin M. Gillman, Esq., appearing for the Debtor; and Notice of the within Motion having been given and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

WHEREAS CSMC 2017-2 Trust c/o Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust ("CSMC") filed on December 27, 2017, a Secured Proof of Claim (Claim No. 2) in the amount of $55,347.68;

AND WHEREAS on April 9, 2018, CSMC filed an Amended Claim No. 2 ("CSMC Amended Claim") which indicated that the total amount due on the claim was $318,562.28;

IT IS ORDERED as follows:

1. THAT CSMC 2017-2 Trust c/o Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust shall file an Amended Proof of Claim in this case on or before September 7, 2018.

2. THAT the Debtor retains its rights to object to the Amended Proof of Claim. The entry of this Consent Order shall not be deemed a waiver of any rights of the parties in this matter.

3. THAT the Debtor shall file a Modified Plan to address the Amended Proof of Claim of the Secured Creditor.

In Re: DeOcampo
Case No.: 17-34747

We hereby consent to the form, substance and entry of the within order:

/s/ Justin M. Gillman                         Dated: September 11, 2018
Justin M. Gillman, Esq.
Gillman & Gillman, LLC
Attorney for Debtors


/s/Steven P Kelly                             Dated:  9/11/2018
Steven P Kelly, Esquire
Stern & Eisenberg, P.C.
Attorneys for CSMC 2017-2 Trust c/o
Wilmington Savings Funds Society, FSB,
d/b/a Christiana Trust

-3-