Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br>    Ramon DeOcampo<br>    Kathleen DeOcampo<br><br>Debtor(s). | Chapter:   13<br><br>Case No.:   17-34747<br><br>Hearing Date: 10/9/2018<br><br>Judge:  Hon. Michael B. Kaplan, USBJ |
|---|---|

**<u>CERTIFICATION OF DEBTOR IN SUPPORT OF CONFIRMATION</u>**

Ramon DeOcampo, being of full age, certifies as follows:

1. My wife, Kathleen DeOcampo, and I are the Debtors in the above referenced Chapter 13 Bankruptcy case and I make this Certification from personal knowledge in support of the Chapter 13 Plan in our case and in response to the Trustee's Objection to Confirmation.

2. Our Chapter 13 case was filed on December 8, 2017.

3. On September 11, 2018, we filed a Modified Plan and Amended Schedules I & J to reflect our current financial circumstances. <u>See Docket No. 37 and Docket No. 38.</u> The Modified Plan proposes to make regular Trustee payments of $300.00 beginning September 1, 2018 for the remaining fifty-two (52) months of the Plan. The Plan proposes to cure the arrears owed on the first mortgage of Quicken Loans. The Modified Plan also proposes to resume regular monthly payments to Shellpoint Mortgage Servicing on the second mortgage and obtain

a loan modification to address the arrears.

4. On January 12, 2018, the Trustee filed an Objection to Confirmation. <u>See Docket No. 18</u>. On February 7, 2018, the Trustee filed an Amended Objection to Confirmation. <u>See Docket entry 20</u>.

5. The Trustee's Objection was based on the following:

The debtor has failed to supply the Trustee with the following document(s):

- Sav Plan Loan 1, 2 and 3 balance statements for Kathleen / 401k loan balance for Ramon
- Amendments to Schedules 22C-2 line 43 changes in debtor's 2nd job
$1,700 - listed as additional expenses (most recent paystub as of 11/17) - Must file amended schedules and updated POI and Amend 22C-1 and 22C-2
- The debtor has undertaken an improper use of exemption. Specifically: (d)(3) for Timeshare
- The debtor(s) plan consists of unnecessary or excessive expense items, such as: Home maintenance $240/ Telephone $525/ Food $1,600/ Vehicle insurance $533 / Timeshare maintenance fees $65
- The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided. The Trustee's calculations are higher for the following reason(s): Income for Kathleen verifies higher due to Bonus and Encore Award
- Need an evaluation for Timeshare
- The Plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. § 1325(a)(4): There is equity of $4350 in the Timeshare.

6. I submit this Certification as I believe recent changes in my financial circumstances and employment situation address a large portion of the Trustee's Objection.

**CHANGE IN RAMON EMPLOYMENT AND INCOME**

7. At the time of the filing of the case, I was employed as a tool and mold maker for Thal Precision Industries for about six (6) years. I was also employed in a second job with Home Depot.

-2-

8. The Amended Schedules I and J reflect the changes in my employment since the filing of the case. After the filing of the Bankruptcy case, my fellow employees and I were advised by the owner of Thal that they were in the process of a sale and possible closure of the company. Since that time, my employer transitioned its location and was renamed Thal Mold Building, LLC. Beginning in April, 2018 I am now fully employed through this new employer..

9. After the filing of my Bankruptcy case, I was forced to leave my second job with Home Depot in early April 2018 as I was advised by my employer that we were unable to retain two positions to continue our employment. Although I applied for unemployment benefits, they were denied as I was determined to have voluntarily left work and retained a full time job.

10. In the Amendment to Schedule I, I include my regular check of $1,188.00 per week plus an average of $178.20 in weekly overtime income. This is based on approximately 4 hours of overtime income per week at the overtime rate of $44.00 per hour. My opportunity for overtime income is limited in my new employment and I believe this is a reasonable and fair estimate of my overtime income going forward.

11. In the months since the transition, this is the amount of overtime which I have received. See Thal Moldbuilding LLC paystubs from May 25, 2018, to July 6, 2018, attached as Exhibit A.

**DEBTORS' EXPENSES**

12. As to the Trustee's objection to our expenses, home maintenance of $240.00 is necessary as my wife and I both work full time and the $240.00 per month is the estimated amount to maintain our lawn, snow removal and any and all maintenance and necessary repairs to our property.

13. Our telephone expenses of $525.00 includes our home services for cable, internet and home phone, as well as our wireless carrier for four lines which include our children.

14. The Trustee originally objected to our food expense of $1,600.00. The amendments to Schedules I and J which were filed with the Court reflect a reduction in that amount to $1,300.00. We believe that the $1,300.00 per month is an accurate and reasonable amount considering our family size of four (4). Due to our work demands, this accounts for approximately $300.00 per week in food and housekeeping expenses. The reduction in our monthly amount from the originally filed Plan is based on my reduction to one job which allows us to reduce our expenses.

15. Our vehicle insurance expense of $533.00 a month is extremely high but also includes our expenses for all drivers including our children who were 17 and 18 years respectively when the case was filed.

16. The Trustee indicates that he believes that our timeshare expenses of $65 per month is not reasonable or necessary. The Amended Schedules I & J which have been filed eliminate this amount as we are in the process of surrendering the timeshare unit and/or reaching an agreement not to pay future expenses as they may be covered by family members.

17. As to the Trustee's Objection to the valuation of our timeshare, we do not believe there is any equity in the timeshare. We have talked with the timeshare company about selling the timeshare and they indicated there is currently no resale value of the unit. We were advised that we could surrender the timeshare unit to terminate our future expenses but that there would be no payment received.

18. Therefore, we request that the Modified Plan be confirmed as proposed.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 19, 2018                                  /s/Ramon DeOcampo
                                                                              Ramon DeOcampo

**EXHIBIT A**

**THAL MOLDBUILDING LLC**
85 REMINGTON BLVD
RONKONKOMA, NY 11779-6923
631-580-3506

| | |
|---|---|
| DATE | 05/25/2018 |
| CHECK NO. | Direct Deposit |

PAY TO THE ORDER OF

RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE NJ 08872

Total Net Direct Deposit(s)
**$936.46**
AMOUNT

VOID THIS IS NOT A CHECK..............................................

JPMORGAN CHASE BANK, N.A.

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                      FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE, NJ 08872

Soc Sec #: XXX-XX-XXXX    Employee ID:
Hire Date: 03/21/18
Status: FT
Filing Status:
Federal: Married, 0
State: NJ, Single, 1
Br/Dept: 3/1

Pay Period: 05/17/18 to 05/23/18
Check Date: 05/25/18    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | |
|---|---|
| PTO WEEKLY   NO WAITING PERIOD - DAYS | |
| AVAIL BAL | -2.54 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0135 | 936.46 | 9029.75 |
| Net Pay | 936.46 | 9029.75 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY | 40.00 | 29.7000 | 1188.00 | 295.50 | 8776.35 |
| OVERTIME | 1.25 | 44.5500 | 55.69 | 34.50 | 1536.99 |
| HOLIDAY | | | | 8.00 | 237.60 |
| PTO | | | | 56.00 | 1663.20 |
| HOURS WORKED | 41.25 | | | 330.00 | |
| ADJ EARNINGS | | | 1243.69 | | 12214.14 |
| GROSS EARNINGS | 41.25 | | 1243.69 | 394.00 | 12214.14 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 140.26 | 1521.30 |
|   ADDTL FEDERAL 25.00 | | |
| OASDI | 77.11 | 757.29 |
| MEDICARE | 18.03 | 177.11 |
| STATE W/H NJ | 63.06 | 642.59 |
|   ADDTL STATE 20.00 | | |
| STATE SDI NJ | 2.36 | 23.21 |
| STATE SUI NJ | 4.76 | 46.72 |
| NJ EE WORKFORCE DEV | 0.53 | 5.18 |
| NJ EMPLOYEE FLI | 1.12 | 10.99 |
| TOTAL | 307.23 | 3184.39 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 936.46 | 9029.75 |

Payrolls by Paychex, Inc.

0408-D618  THAL MOLDBUILDING LLC  ■  85 REMINGTON BLVD  ■  RONKONKOMA, NY 11779-6923  ■  631-580-3506  ■

THAL MOLDBUILDING LLC
85 REMINGTON BLVD
RONKONKOMA, NY 11779-6923
631-580-3506

0408-D618
7006

DATE: 06/01/2018
CHECK NO.: Direct Deposit

PAY TO THE ORDER OF
RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE NJ 08872

Total Net Direct Deposit(s)
**$917.34**
AMOUNT

VOID THIS IS NOT A CHECK..................................................

JPMORGAN CHASE BANK, N.A.

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                                       FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE, NJ 08872

Soc Sec #: XXX-XX-XXXX    Employee ID: ■
Hire Date: 03/21/18
Status: FT
Filing Status:
Federal: Married, 0
State: NJ, Single, 1
Br/Dept: 3/1

Pay Period: 05/24/18 to 05/30/18
Check Date: 06/01/18    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

DESCRIPTION
PTO WEEKLY  NO WAITING PERIOD - DAYS
  AVAIL BAL
    -2.15

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0135 | 917.34 | 9947.09 |
| Net Pay | 917.34 | 9947.09 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY | 33.00 | 29.7000 | 980.10 | 328.50 | 9756.45 |
| OVERTIME | | | | 34.50 | 1536.99 |
| HOLIDAY | 8.00 | 29.7000 | 237.60 | 16.00 | 475.20 |
| PTO | | | | 56.00 | 1663.20 |
| HOURS WORKED | 33.00 | | | 363.00 | |
| ADJ EARNINGS | | | 1217.70 | | 13431.84 |
| GROSS EARNINGS | 41.00 | | 1217.70 | 435.00 | 13431.84 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 137.14 | 1658.44 |
|   ADDTL FEDERAL 25.00 | | |
| OASDI | 75.50 | 832.79 |
| MEDICARE | 17.66 | 194.77 |
| STATE W/H NJ | 61.47 | 704.06 |
|   ADDTL STATE 20.00 | | |
| STATE SDI NJ | 2.31 | 25.52 |
| STATE SUI NJ | 4.66 | 51.38 |
| NJ EE WORKFORCE DEV | 0.52 | 5.70 |
| NJ EMPLOYEE FLI | 1.10 | 12.09 |
| TOTAL | 300.36 | 3484.75 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 917.34 | 9947.09 |

Payrolls by Paychex, Inc.

0408-D618 THAL MOLDBUILDING LLC ■ 85 REMINGTON BLVD ■ RONKONKOMA, NY 11779-6923 ■ 631-580-3506 ■

THAL MOLDBUILDING LLC
85 REMINGTON BLVD
RONKONKOMA, NY 11779-6923
631-580-3506

| | |
|---|---|
| DATE | 06/08/2018 |
| CHECK NO. | Direct Deposit |

PAY TO THE ORDER OF

RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE NJ 08872

Total Net Direct Deposit(s)
**$928.27**
AMOUNT

VOID THIS IS NOT A CHECK..................................................

JPMORGAN CHASE BANK, N.A.

PAY ONLY 00 CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                             FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE, NJ 08872

Soc Sec #: XXX-XX-XXXX    Employee ID:
Hire Date: 03/21/18
Status: FT
Filing Status:
Federal: Married, 0
State: NJ, Single, 1
Br/Dept: 3/1

Pay Period: 05/31/18 to 06/06/18
Check Date: 06/08/18    Check #: Direct Deposit

**TIME OFF** *(Based On Policy Year)*

DESCRIPTION
PTO WEEKLY   NO WAITING PERIOD - DAYS
   AVAIL BAL
      -2.77

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0135 | 928.27 | 10875.36 |
| Net Pay | 928.27 | 10875.36 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY | 33.50 | 29.7000 | 994.95 | 362.00 | 10751.40 |
| OVERTIME | | | | 34.50 | 1536.99 |
| HOLIDAY | | | | 16.00 | 475.20 |
| PTO | 8.00 | 29.7000 | 237.60 | 64.00 | 1900.80 |
| HOURS WORKED | 33.50 | | | 396.50 | |
| ADJ EARNINGS | | | 1232.55 | | 14664.39 |
| GROSS EARNINGS | 41.50 | | 1232.55 | 476.50 | 14664.39 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 138.93 | 1797.37 |
|   ADDTL FEDERAL 25.00 | | |
| OASDI | 76.42 | 909.21 |
| MEDICARE | 17.87 | 212.64 |
| STATE W/H NJ | 62.38 | 766.44 |
|   ADDTL STATE 20.00 | | |
| STATE SDI NJ | 2.34 | 27.86 |
| STATE SUI NJ | 4.71 | 56.09 |
| NJ EE WORKFORCE DEV | 0.52 | 6.22 |
| NJ EMPLOYEE FLI | 1.11 | 13.20 |
| TOTAL | 304.28 | 3789.03 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 928.27 | 10875.36 |

Payrolls by Paychex, Inc.
**0408-D618** THAL MOLDBUILDING LLC  ■  85 REMINGTON BLVD  ■  RONKONKOMA, NY 11779-6923  ■  631-580-3506  ■

THAL MOLDBUILDING LLC
85 REMINGTON BLVD
RONKONKOMA, NY 11779-6923
631-580-3506

0408-D618 7000

06/15/2018 DATE — Direct Deposit — CHECK NO.

PAY TO THE ORDER OF
RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE NJ 08872

Total Net Direct Deposit(s)
**$1026.56**
AMOUNT

VOID THIS IS NOT A CHECK..........................................

JPMORGAN CHASE BANK, N.A.

PAY ONLY 0 ZERO 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

FOLD AND REMOVE                                                                 FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION
RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE, NJ 08872

Soc Sec #: XXX-XX-XXXX    Employee I
Hire Date: 03/21/18
Status: FT
Filing Status:
Federal: Married, 0
State: NJ, Single, 1
Br/Dept: 3/1

Pay Period: 06/07/18 to 06/13/18
Check Date: 06/15/18    Check #: Direct Deposit

**TIME OFF** *(Based On Policy Year)*

DESCRIPTION
PTO WEEKLY  NO WAITING PERIOD - DAYS
   AVAIL BAL
      -2.38

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0135 | 1026.56 | 11901.92 |
| Net Pay | 1026.56 | 11901.92 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY | 40.00 | 29.7000 | 1188.00 | 402.00 | 11939.40 |
| OVERTIME | 4.00 | 44.5500 | 178.20 | 38.50 | 1715.19 |
| HOLIDAY | | | | 16.00 | 475.20 |
| PTO | | | | 64.00 | 1900.80 |
| HOURS WORKED | 44.00 | | | 440.50 | |
| ADJ EARNINGS | | | 1366.20 | | 16030.59 |
| GROSS EARNINGS | 44.00 | | 1366.20 | 520.50 | 16030.59 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 154.96 | 1952.33 |
|   ADDTL FEDERAL 25.00 | | |
| OASDI | 84.70 | 993.91 |
| MEDICARE | 19.81 | 232.45 |
| STATE W/H NJ | 70.53 | 836.97 |
|   ADDTL STATE 20.00 | | |
| STATE SDI NJ | 2.60 | 30.46 |
| STATE SUI NJ | 5.23 | 61.32 |
| NJ EE WORKFORCE DEV | 0.58 | 6.80 |
| NJ EMPLOYEE FLI | 1.23 | 14.43 |
| TOTAL | 339.64 | 4128.67 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1026.56 | 11901.92 |

*Payrolls by Paychex, Inc.*
**0408-D618** THAL MOLDBUILDING LLC  ■  85 REMINGTON BLVD  ■  RONKONKOMA, NY 11779-6923  ■  631-580-3506  ■

**THAL MOLDBUILDING LLC**
85 REMINGTON BLVD
RONKONKOMA, NY 11779-6923
631-580-3506

| | |
|---|---|
| DATE | 06/22/2018 |
| CHECK NO. | Direct Deposit |

PAY TO THE ORDER OF

RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE NJ 08872

Total Net Direct Deposit(s)
**$993.80**
AMOUNT

VOID THIS IS NOT A CHECK.............................................

JPMORGAN CHASE BANK, N.A.

PAY ONLY 00 CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE, NJ 08872

Soc Sec #: XXX-XX-XXXX    Employee ID:
Hire Date: 03/21/18
Status: FT
Filing Status:
Federal: Married, 0
State: NJ, Single, 1
Br/Dept: 3/1

Pay Period: 06/14/18 to 06/20/18
Check Date: 06/22/18    Check #: Direct Deposit

**TIME OFF** *(Based On Policy Year)*

DESCRIPTION
PTO WEEKLY   NO WAITING PERIOD - DAYS
   AVAIL BAL
      -2.00

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0135 | 993.80 | 12895.72 |
| Net Pay | 993.80 | 12895.72 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY | 40.00 | 29.7000 | 1188.00 | 442.00 | 13127.40 |
| OVERTIME | 3.00 | 44.5500 | 133.65 | 41.50 | 1848.84 |
| HOLIDAY | | | | 16.00 | 475.20 |
| PTO | | | | 64.00 | 1900.80 |
| HOURS WORKED | 43.00 | | | 483.50 | |
| ADJ EARNINGS | | | 1321.65 | | 17352.24 |
| GROSS EARNINGS | 43.00 | | 1321.65 | 563.50 | 17352.24 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 149.62 | 2101.95 |
|   ADDTL FEDERAL 25.00 | | |
| OASDI | 81.94 | 1075.85 |
| MEDICARE | 19.16 | 251.61 |
| STATE W/H NJ | 67.81 | 904.78 |
|   ADDTL STATE 20.00 | | |
| STATE SDI NJ | 2.51 | 32.97 |
| STATE SUI NJ | 5.06 | 66.38 |
| NJ EE WORKFORCE DEV | 0.56 | 7.36 |
| NJ EMPLOYEE FLI | 1.19 | 15.62 |
| TOTAL | 327.85 | 4456.52 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 993.80 | 12895.72 |

*Payrolls by Paychex, Inc.*
**0408-D618** THAL MOLDBUILDING LLC ▪ 85 REMINGTON BLVD ▪ RONKONKOMA, NY 11779-6923 ▪ 631-580-3506

THAL MOLDBUILDING LLC
85 REMINGTON BLVD
RONKONKOMA, NY 11779-6923
631-580-3506

0408-D618URL29 / 7006

06/29/2018 DATE

Direct Deposit
CHECK NO.

PAY TO THE ORDER OF

RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE NJ 08872

Total Net Direct Deposit(s)
**$977.43**
AMOUNT

VOID THIS IS NOT A CHECK..................................................

JPMORGAN CHASE BANK, N.A.

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE, NJ 08872

Soc Sec #: XXX-XX-XXXX    Employee ID:
Hire Date: 03/21/18
Status: FT
Filing Status:
Federal: Married, 0
State: NJ, Single, 1
Br/Dept: 3/1

Pay Period: 06/21/18 to 06/27/18
Check Date: 06/29/18    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

DESCRIPTION
PTO WEEKLY  NO WAITING PERIOD - DAYS
  AVAIL BAL
   -1.62

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0135 | 977.43 | 13873.15 |
| Net Pay | 977.43 | 13873.15 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY | 40.00 | 29.7000 | 1188.00 | 482.00 | 14315.40 |
| OVERTIME | 2.50 | 44.5500 | 111.38 | 44.00 | 1960.22 |
| HOLIDAY | | | | 16.00 | 475.20 |
| PTO | | | | 64.00 | 1900.80 |
| HOURS WORKED | 42.50 | | | 526.00 | |
| ADJ EARNINGS | | | 1299.38 | | 18651.62 |
| GROSS EARNINGS | 42.50 | | 1299.38 | 606.00 | 18651.62 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 146.94 | 2248.89 |
|   ADDTL FEDERAL 25.00 | | |
| OASDI | 80.56 | 1156.41 |
| MEDICARE | 18.84 | 270.45 |
| STATE W/H NJ | 66.45 | 971.23 |
|   ADDTL STATE 20.00 | | |
| STATE SDI NJ | 2.47 | 35.44 |
| STATE SUI NJ | 4.97 | 71.35 |
| NJ EE WORKFORCE DEV | 0.55 | 7.91 |
| NJ EMPLOYEE FLI | 1.17 | 16.79 |
| TOTAL | 321.95 | 4778.47 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 977.43 | 13873.15 |

Payrolls by Paychex, Inc.

**0408-D618** THAL MOLDBUILDING LLC  ■  85 REMINGTON BLVD  ■  RONKONKOMA, NY 11779-6923  ■  631-580-3506  ■

THAL MOLDBUILDING LLC
85 REMINGTON BLVD
RONKONKOMA, NY 11779-6923
631-580-3506

07/06/2018 DATE

Direct Deposit
CHECK NO.

PAY TO THE ORDER OF

RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE NJ 08872

Total Net Direct Deposit(s)
**$950.10**
AMOUNT

VOID THIS IS NOT A CHECK..........................................

JPMORGAN CHASE BANK, N.A.

PAY ONLY 00 ZERO CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
RAMON P DEOCAMPO
175 PULASKI AVE
SAYREVILLE, NJ 08872

Soc Sec #: XXX-XX-XXXX    Employee ID:
Hire Date: 03/21/18
Status: FT
Filing Status:
Federal: Married, 0
State: NJ, Single, 1
Br/Dept: 3/1

Pay Period: 06/28/18 to 07/04/18
Check Date: 07/06/18    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

DESCRIPTION
PTO WEEKLY   NO WAITING PERIOD - DAYS
    AVAIL BAL
    -1.23

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0135 | 950.10 | 14823.25 |
| Net Pay | 950.10 | 14823.25 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY | 34.50 | 29.7000 | 1024.65 | 516.50 | 15340.05 |
| OVERTIME | | | | 44.00 | 1960.22 |
| HOLIDAY | 8.00 | 29.7000 | 237.60 | 24.00 | 712.80 |
| PTO | | | | 64.00 | 1900.80 |
| HOURS WORKED | 34.50 | | | 560.50 | |
| ADJ EARNINGS | | | 1262.25 | | 19913.87 |
| GROSS EARNINGS | 42.50 | | 1262.25 | 648.50 | 19913.87 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 142.49 | 2391.38 |
|   ADDTL FEDERAL 25.00 | | |
| OASDI | 78.26 | 1234.67 |
| MEDICARE | 18.30 | 288.75 |
| STATE W/H NJ | 64.19 | 1035.42 |
|   ADDTL STATE 20.00 | | |
| STATE SDI NJ | 2.40 | 37.84 |
| STATE SUI NJ | 4.83 | 76.18 |
| NJ EE WORKFORCE DEV | 0.54 | 8.45 |
| NJ EMPLOYEE FLI | 1.14 | 17.93 |
| TOTAL | 312.15 | 5090.62 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 950.10 | 14823.25 |