Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

**Order Filed on September 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Ramon DeOcampo<br>Kathleen DeOcampo<br><br>Debtor(s). | Chapter: 13<br><br>Case No.: 17-34747<br><br>Hearing Date: August 28, 2018<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J. |
|---|---|

**CONSENT ORDER ON DEBTOR'S MOTION REGARDING THE PROOF OF CLAIM OF CSMC 2017-2 TRUST C/O WILMINGTON SAVINGS FUNDS SOCIETY, FSB, DBA CHRISTIANA TRUST**

The relief set forth on the following pages, numbers two (2) through three (3) is hereby

ORDERED.

**DATED: September 18, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In Re: DeOcampo
Case No.: 17-34747

THIS MATTER having come before the Court by way of the Debtor's Motion Regarding the Proof of Claim of CSMC 2017-2 Trust ℅ Wilmington Savings Funds Society, FSB, DBA Christina Trust, To Determine The Priority of Mortgage on the Property & to Vacate the Order Resolving Objection to Confirmation of Quicken Loans, Inc. Pending Determination of Priority of Mortgages; Justin M. Gillman, Esq., appearing for the Debtor; and Notice of the within Motion having been given and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

WHEREAS CSMC 2017-2 Trust c/o Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust ("CSMC") filed on December 27, 2017, a Secured Proof of Claim (Claim No. 2) in the amount of $55,347.68;

AND WHEREAS on April 9, 2018, CSMC filed an Amended Claim No. 2 ("CSMC Amended Claim") which indicated that the total amount due on the claim was $318,562.28;

IT IS ORDERED as follows:

1. THAT CSMC 2017-2 Trust c/o Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust shall file an Amended Proof of Claim in this case on or before September 7, 2018.

2. THAT the Debtor retains its rights to object to the Amended Proof of Claim. The entry of this Consent Order shall not be deemed a waiver of any rights of the parties in this matter.

3. THAT the Debtor shall file a Modified Plan to address the Amended Proof of Claim of the Secured Creditor.

In Re: DeOcampo
Case No.: 17-34747

We hereby consent to the form, substance and entry of the within order:

/s/ Justin M. Gillman                              Dated: September 11, 2018
Justin M. Gillman, Esq.
Gillman & Gillman, LLC
Attorney for Debtors


/s/Steven P Kelly                                  Dated:  9/11/2018
Steven P Kelly, Esquire
Stern & Eisenberg, P.C.
Attorneys for CSMC 2017-2 Trust c/o
Wilmington Savings Funds Society, FSB,
d/b/a Christiana Trust

United States Bankruptcy Court
District of New Jersey

In re:  
Ramon P DeOcampo  
Kathleen T DeOcampo  
    Debtors

Case No. 17-34747-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 19, 2018  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.  
db/jdb         +Ramon P DeOcampo,   Kathleen T DeOcampo,   175 Pulaski Avenue,   Sayreville, NJ 08872-1252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:  
           Albert  Russo    docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Justin M Gillman    on behalf of Debtor Ramon P DeOcampo abgillman@optonline.net, r47252@notify.bestcase.com  
           Justin M Gillman    on behalf of Joint Debtor Kathleen T DeOcampo abgillman@optonline.net, r47252@notify.bestcase.com  
           Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com  
           Steven P. Kelly    on behalf of Creditor   CSMC 2017-2 Trust c/o Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                     TOTAL: 8