| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-34747 / MBK**

Ramon P DeOcampo
Kathleen T DeOcampo

Petition Filed Date: 12/08/2017
341 Hearing Date: 01/11/2018
Confirmation Date: 11/27/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $595.00 | 55359600 | 02/08/2019 | $595.00 | 56086120 | 03/08/2019 | $595.00 | 56870620 |
| 04/12/2019 | $595.00 | 57788990 | 05/20/2019 | $595.00 | 58656880 | 06/14/2019 | $595.00 | 59394020 |
| 07/16/2019 | $595.00 | 60128950 | 08/09/2019 | $595.00 | 60829210 | 09/09/2019 | $595.00 | 61563110 |
| 10/15/2019 | $595.00 | 62478770 | 11/14/2019 | $595.00 | 63303130 | 12/13/2019 | $595.00 | 64013300 |

**Total Receipts for the Period:  $7,140.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $18,030.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Ramon P DeOcampo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,082.00 | $1,082.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,598.88 | $278.68 | $1,320.20 |
| 2 | CSMC 2017-2 TRUST<br>»»  P/175 PULASKI AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACYS | Unsecured Creditors | $897.17 | $147.96 | $749.21 |
| 4 | ALLY FINANCIAL<br>»»  2012 HONDA ACCORD | Debt Secured by Vehicle | $761.75 | $761.75 | $0.00 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $380.69 | $51.78 | $328.91 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $459.36 | $75.76 | $383.60 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $12,442.71 | $2,168.77 | $10,273.94 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $15,231.04 | $2,654.77 | $12,576.27 |
| 9 | MIDDLESEX INVESTMENT CORP.<br>»»  2007 SUBARU LEGACY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | Wells Fargo Card Services | Unsecured Creditors | $5,385.03 | $938.61 | $4,446.42 |
| 11 | Wells Fargo Bank, NA<br>»»  PERCARIO GEN CONTRACTORS | Secured Creditors | $608.47 | $608.47 | $0.00 |
| 12 | Wells Fargo Bank, NA<br>»»  PERCARIO GEN CONTRACTORS | Unsecured Creditors | $679.15 | $118.37 | $560.78 |
| 13 | MARINER FINANCE LLC<br>»»  2007 TOYOTA/DEF BAL | Unsecured Creditors | $3,293.30 | $574.02 | $2,719.28 |

| | | | | | |
|---|---|---|---|---|---:|
| 14 | QUICKEN LOANS INC<br>»» P/175 PULASKI AVE/1ST MTG/ORDER 4/28/18 | Mortgage Arrears | $3,639.47 | $3,639.47 | $0.00 |
| 15 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $893.37 | $147.33 | $746.04 |
| 16 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $1,526.88 | $251.80 | $1,275.08 |
| 17 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $3,389.31 | $590.76 | $2,798.55 |
| 18 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $1,852.79 | $322.94 | $1,529.85 |
| 19 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $1,691.26 | $294.79 | $1,396.47 |
| 20 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $178.28 | $31.07 | $147.21 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» HOME DESIGN | Unsecured Creditors | $1,165.31 | $192.17 | $973.14 |
| 22 | QUANTUM3 GROUP LLC<br>»» VS | Unsecured Creditors | $937.12 | $154.54 | $782.58 |
| 23 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OVERSTOCK.COM | Unsecured Creditors | $527.85 | $77.14 | $450.71 |
| 24 | TD BANK USA NA | Unsecured Creditors | $842.01 | $138.86 | $703.15 |
| 25 | LVNV FUNDING LLC<br>»» LENDINGCLUB | Unsecured Creditors | $3,558.84 | $620.31 | $2,938.53 |
| 26 | LVNV FUNDING LLC | Unsecured Creditors | $1,882.44 | $328.11 | $1,554.33 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $18,030.00 | Plan Balance: | $35,380.00 ** |
| Paid to Claims: | $16,250.23 | Current Monthly Payment: | $595.00 |
| Paid to Trustee: | $1,135.10 | Arrearages: | $595.00 |
| Funds on Hand: | $644.67 | Total Plan Base: | $53,410.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.