| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 17-34747 / MBK**

Ramon P DeOcampo
Kathleen T DeOcampo

Petition Filed Date: 12/08/2017
341 Hearing Date: 01/11/2018
Confirmation Date: 11/27/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $595.00 | 64721410 | 02/24/2020 | $595.00 | 65740200 | 03/16/2020 | $595.00 | 66405460 |
| 04/17/2020 | $595.00 | 67216180 | 05/15/2020 | $595.00 | 67925880 | 06/12/2020 | $595.00 | 68614730 |
| 07/17/2020 | $595.00 | 69471140 | 08/24/2020 | $595.00 | 70255050 | 09/18/2020 | $595.00 | 70957130 |
| 10/16/2020 | $595.00 | 71633440 | 11/23/2020 | $595.00 | 72520580 | 12/28/2020 | $595.00 | 73292380 |
| 01/22/2021 | $905.00 | 73975570 | 02/23/2021 | $905.00 | 74677250 | | | |

**Total Receipts for the Period:  $8,950.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $26,385.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ramon P DeOcampo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,082.00 | $1,082.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,598.88 | $456.63 | $1,142.25 |
| 2 | CSMC 2017-2 TRUST<br>»» P/175 PULASKI AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $897.17 | $247.71 | $649.46 |
| 4 | ALLY FINANCIAL<br>»» 2012 HONDA ACCORD | Debt Secured by Vehicle | $761.75 | $761.75 | $0.00 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $380.69 | $105.11 | $275.58 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $459.36 | $126.83 | $332.53 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $12,442.71 | $3,553.59 | $8,889.12 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $15,231.04 | $4,349.86 | $10,881.18 |
| 9 | MIDDLESEX INVESTMENT CORP.<br>»» 2007 SUBARU LEGACY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | Wells Fargo Card Services | Unsecured Creditors | $5,385.03 | $1,537.95 | $3,847.08 |
| 11 | Wells Fargo Bank, NA<br>»» PERCARIO GEN CONTRACTORS | Secured Creditors | $608.47 | $608.47 | $0.00 |
| 12 | Wells Fargo Bank, NA<br>»» PERCARIO GEN CONTRACTORS | Unsecured Creditors | $679.15 | $193.96 | $485.19 |
| 13 | MARINER FINANCE LLC<br>»» 2007 TOYOTA/DEF BAL | Unsecured Creditors | $3,293.30 | $940.55 | $2,352.75 |

**Chapter 13 Case No. 17-34747 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | QUICKEN LOANS INC<br>»»  P/175 PULASKI AVE/1ST MTG/ORDER 4/28/18 | Mortgage Arrears | $3,639.47 | $3,639.47 | $0.00 |
| 15 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $893.37 | $246.66 | $646.71 |
| 16 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $1,526.88 | $421.57 | $1,105.31 |
| 17 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $3,389.31 | $967.98 | $2,421.33 |
| 18 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $1,852.79 | $529.15 | $1,323.64 |
| 19 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $1,691.26 | $483.01 | $1,208.25 |
| 20 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $178.28 | $47.53 | $130.75 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  HOME DESIGN | Unsecured Creditors | $1,165.31 | $321.73 | $843.58 |
| 22 | QUANTUM3 GROUP LLC<br>»»  VS | Unsecured Creditors | $937.12 | $258.74 | $678.38 |
| 23 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  OVERSTOCK.COM | Unsecured Creditors | $527.85 | $150.75 | $377.10 |
| 24 | TD BANK USA NA | Unsecured Creditors | $842.01 | $232.47 | $609.54 |
| 25 | LVNV FUNDING LLC<br>»»  LENDINGCLUB | Unsecured Creditors | $3,558.84 | $1,016.38 | $2,542.46 |
| 26 | LVNV FUNDING LLC | Unsecured Creditors | $1,882.44 | $537.62 | $1,344.82 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,385.00 | Plan Balance: | $27,025.00  ** |
| Paid to Claims: | $22,817.47 | Current Monthly Payment: | $905.00 |
| Paid to Trustee: | $1,797.08 | Arrearages: | $0.00 |
| Funds on Hand: | $1,770.45 | Total Plan Base: | $53,410.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**