| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 17-34747 / MBK**

Ramon P DeOcampo                                              Petition Filed Date: 12/08/2017
Kathleen T DeOcampo                                           341 Hearing Date: 01/11/2018
                                                              Confirmation Date: 11/27/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2021 | $905.00 | 73975570 | 02/23/2021 | $905.00 | 74677250 | 03/29/2021 | $905.00 | 75535310 |
| 04/19/2021 | $905.00 | 76086790 | 05/27/2021 | $905.00 | 76979120 | 06/25/2021 | $905.00 | 77653390 |
| 07/26/2021 | $905.00 | 78321570 | 08/23/2021 | $905.00 | 78959260 | 09/27/2021 | $905.00 | 79690840 |
| 10/26/2021 | $1,185.00 | 80377810 | 11/29/2021 | $1,185.00 | 81034920 | 12/28/2021 | $1,185.00 | 81684170 |
| 01/21/2022 | $1,185.00 | 82244350 | | | | | | |

**Total Receipts for the Period: $12,885.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $37,460.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ramon P DeOcampo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,082.00 | $1,082.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,598.88 | $751.17 | $847.71 |
| 2 | CSMC 2017-2 TRUST<br>»» P/175 PULASKI AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $897.17 | $421.50 | $475.67 |
| 4 | ALLY FINANCIAL<br>»» 2012 HONDA ACCORD | Debt Secured by Vehicle | $761.75 | $761.75 | $0.00 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $380.69 | $178.85 | $201.84 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $459.36 | $207.34 | $252.02 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $12,442.71 | $5,845.67 | $6,597.04 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $15,231.04 | $7,155.63 | $8,075.41 |
| 9 | MIDDLESEX INVESTMENT CORP.<br>»» 2007 SUBARU LEGACY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | Wells Fargo Card Services | Unsecured Creditors | $5,385.03 | $2,529.92 | $2,855.11 |
| 11 | Wells Fargo Bank, NA<br>»» PERCARIO GEN CONTRACTORS | Secured Creditors | $608.47 | $608.47 | $0.00 |
| 12 | Wells Fargo Bank, NA<br>»» PERCARIO GEN CONTRACTORS | Unsecured Creditors | $679.15 | $319.07 | $360.08 |
| 13 | MARINER FINANCE LLC<br>»» 2007 TOYOTA/DEF BAL | Unsecured Creditors | $3,293.30 | $1,547.22 | $1,746.08 |

**Chapter 13 Case No. 17-34747 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | QUICKEN LOANS INC<br>»» P/175 PULASKI AVE/1ST MTG/ORDER 4/28/18 | Mortgage Arrears | $3,639.47 | $3,639.47 | $0.00 |
| 15 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $893.37 | $419.71 | $473.66 |
| 16 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $1,526.88 | $717.34 | $809.54 |
| 17 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $3,389.31 | $1,592.32 | $1,796.99 |
| 18 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $1,852.79 | $870.45 | $982.34 |
| 19 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $1,691.26 | $794.56 | $896.70 |
| 20 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $178.28 | $80.47 | $97.81 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» HOME DESIGN | Unsecured Creditors | $1,165.31 | $547.47 | $617.84 |
| 22 | QUANTUM3 GROUP LLC<br>»» VS | Unsecured Creditors | $937.12 | $440.27 | $496.85 |
| 23 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OVERSTOCK.COM | Unsecured Creditors | $527.85 | $238.25 | $289.60 |
| 24 | TD BANK USA NA | Unsecured Creditors | $842.01 | $395.58 | $446.43 |
| 25 | LVNV FUNDING LLC<br>»» LENDINGCLUB | Unsecured Creditors | $3,558.84 | $1,671.96 | $1,886.88 |
| 26 | LVNV FUNDING LLC | Unsecured Creditors | $1,882.44 | $884.38 | $998.06 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,460.00 | Plan Balance: | $15,950.00 ** |
| Paid to Claims: | $33,700.82 | Current Monthly Payment: | $1,450.00 |
| Paid to Trustee: | $2,652.23 | Arrearages: | $1,450.00 |
| Funds on Hand: | $1,106.95 | Total Plan Base: | $53,410.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.