Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−34747−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ramon P DeOcampo | Kathleen T DeOcampo |
| 175 Pulaski Avenue | 175 Pulaski Avenue |
| Sayreville, NJ 08872 | Sayreville, NJ 08872 |

Social Security No.:
xxx−xx−0273                                                                    xxx−xx−0541

Employer's Tax I.D. No.:

---

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

   TO: Ramon P DeOcampo and Kathleen T DeOcampo
         Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: January 19, 2023
JAN: gan

Jeanne Naughton, Clerk