Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34747−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Ramon P DeOcampo                        Kathleen T DeOcampo
   175 Pulaski Avenue                      175 Pulaski Avenue
   Sayreville, NJ 08872                    Sayreville, NJ 08872

Social Security No.:
   xxx−xx−0273                             xxx−xx−0541

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Ramon P DeOcampo and Kathleen T DeOcampo
          Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: January 19, 2023
JAN: gan

                                        Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 17-34747-MBK

Ramon P DeOcampo                                                                                       Chapter 13

Kathleen T DeOcampo

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                             User: admin                           Page 1 of 2

Date Rcvd: Jan 19, 2023                   Form ID: ntcfncur                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ramon P DeOcampo, Kathleen T DeOcampo, 175 Pulaski Avenue, Sayreville, NJ 08872-1252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023                          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Joint Debtor Kathleen T DeOcampo ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Debtor Ramon P DeOcampo ecf@gbclawgroup.com |

      GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kevin Gordon McDonald
      on behalf of Creditor Quicken Loans Inc. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Melissa N. Licker
      on behalf of Creditor CSMC 2017-2 Trust c/o Wilmington Savings Funds Society  FSB, d/b/a Christiana Trust
      mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
      on behalf of Creditor CSMC 2017-2 Trust c/o Wilmington Savings Funds Society  FSB, d/b/a Christiana Trust
      phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Sindi Mncina
      on behalf of Creditor CSMC 2017-2 Trust c/o Wilmington Savings Funds Society  FSB, d/b/a Christiana Trust
      smncina@raslg.com

Steven P. Kelly
      on behalf of Creditor CSMC 2017-2 Trust c/o Wilmington Savings Funds Society  FSB, d/b/a Christiana Trust
      skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11