| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ramon P DeOcampo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0273<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kathleen T DeOcampo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0541<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–34747–MBK | | |

## Order of Discharge                                                                                                       12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Ramon P DeOcampo                              Kathleen T DeOcampo

    <u>3/2/23</u>                                                              **By the court:** <u>Michael B. Kaplan</u>
                                                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                     Case No. 17-34747-MBK
Ramon P DeOcampo                                                                           Chapter 13
Kathleen T DeOcampo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 7
Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 109

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ramon P DeOcampo, Kathleen T DeOcampo, 175 Pulaski Avenue, Sayreville, NJ 08872-1252 |
| cr | + | CSMC 2017-2 Trust c/o Wilmington Savings Funds Soc, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517219762 | + | Citifinancia, 605 Munn Road, Fort Mill, SC 29715-8421 |
| 517219760 | + | Citifinancia, Attn: Bankruptcy, 605 Munn Dr, Fort Mill, SC 29715-8421 |
| 517284681 | + | Middlesex Investment Corp., DL Thompson Law, POB 679, Allenwood, NJ 08720-0679 |
| 517219797 | + | Midlsex Inv, 616 Highway 18, East Brunswick, NJ 08816-3707 |
| 517219798 | + | Navient, Navient US Dept of Ed Loan Servicing, Po Box 9635, Wilkes-Barr, PA 18773-9635 |
| 517219864 | + | William E. Brewer, Esq., PO Box 1001, Marmora, NJ 08223-5001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517219732 | + | EDI: GMACFS.COM | Mar 03 2023 01:34:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519258586 | + | EDI: AISACG.COM | Mar 03 2023 01:34:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517262041 | | EDI: GMACFS.COM | Mar 03 2023 01:34:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517219733 | + | EDI: GMACFS.COM | Mar 03 2023 01:34:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517219734 | + | EDI: AGFINANCE.COM | Mar 03 2023 01:34:00 | American General Financial/Springleaf Fi, Springleaf Financial/Attn: Bankruptcy De, Po Box 3251, Evansville, IN 47731-3251 |
| 517219737 | + | EDI: AGFINANCE.COM | Mar 03 2023 01:34:00 | American General Financial/Springleaf Fi, 1692 Oak Tree Rd, Edison, NJ 08820-2853 |
| 517219745 | | EDI: CAPITALONE.COM | Mar 03 2023 01:34:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517250451 | | Email/Text: mtgbk@shellpointmtg.com | | |

| Recipient ID | Notice Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Mar 02 2023 20:51:00 | CREDIT SUISSE, C/O SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE SC 29603-0826 |
| 517219740 | + Email/Text: cms-bk@cms-collect.com | Mar 02 2023 20:52:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 517219741 | + EDI: CAPITALONE.COM | Mar 03 2023 01:34:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517219749 | + EDI: CAPONEAUTO.COM | Mar 03 2023 01:34:00 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 517325050 | Email/PDF: bncnotices@becket-lee.com | Mar 02 2023 21:02:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517219755 | + EDI: CITICORP.COM | Mar 03 2023 01:34:00 | Citibank / Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 517219754 | + EDI: CITICORP.COM | Mar 03 2023 01:34:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517219757 | + EDI: CITICORP.COM | Mar 03 2023 01:34:00 | Citibank/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 517219756 | + EDI: CITICORP.COM | Mar 03 2023 01:34:00 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 517219759 | + EDI: CITICORP.COM | Mar 03 2023 01:34:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517219758 | + EDI: CITICORP.COM | Mar 03 2023 01:34:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517219765 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 517219764 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517219766 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenity Capital Bank/HSN, Po Box 182125, Columbus, OH 43218-2125 |
| 517219767 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenity Capital Bank/HSN, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 517219769 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenity Capital/blair, Po Box 182120, Columbus, OH 43218-2120 |
| 517219768 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenity Capital/blair, Po Box 182125, Columbus, OH 43218-2125 |
| 517219770 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 517219772 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenitycapital/overst, Po Box 182120, Columbus, OH 43218-2120 |
| 517219771 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenitycapital/overst, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517219773 | Email/PDF: DellBKNotifications@resurgent.com | Mar 02 2023 21:02:01 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 517219777 | EDI: DISCOVER.COM | Mar 03 2023 01:34:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517219855 | + EDI: CITICORP.COM | Mar 03 2023 01:34:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517219858 | + EDI: CITICORP.COM | Mar 03 2023 01:34:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517219774 | + Email/PDF: DellBKNotifications@resurgent.com | | |

Case 17-34747-MBK    Doc 63    Filed 03/04/23    Entered 03/05/23 00:16:42    Desc Imaged
Certificate of Notice    Page 5 of 9

| District/off: 0312-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 109 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 02 2023 21:02:02 | Dell Financial Services, Po Box 81607, Austin, TX 78708-1607 |
| 517259187 | | EDI: Q3G.COM | | |
| | | | Mar 03 2023 01:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517230549 | | EDI: DISCOVER.COM | | |
| | | | Mar 03 2023 01:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517219775 | + | EDI: DISCOVER.COM | | |
| | | | Mar 03 2023 01:34:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517219779 | ^ | MEBN | | |
| | | | Mar 02 2023 20:45:10 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517219780 | ^ | MEBN | | |
| | | | Mar 02 2023 20:45:38 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 517219783 | + | EDI: AMINFOFP.COM | | |
| | | | Mar 03 2023 01:34:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517219781 | + | EDI: AMINFOFP.COM | | |
| | | | Mar 03 2023 01:34:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517219750 | | EDI: JPMORGANCHASE | | |
| | | | Mar 03 2023 01:34:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517219751 | | EDI: JPMORGANCHASE | | |
| | | | Mar 03 2023 01:34:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517219752 | | EDI: JPMORGANCHASE | | |
| | | | Mar 03 2023 01:34:00 | Chase Mtg, P.o. Box 24696, Columbus, OH 43224 |
| 517219785 | + | Email/Text: BKRMailOPS@weltman.com | | |
| | | | Mar 02 2023 20:52:00 | Jared-galleria Of Jwlr, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 517219787 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Mar 02 2023 20:51:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517219786 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Mar 02 2023 20:51:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517338483 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 02 2023 20:50:32 | LVNV Funding, LLC its successors and assigns as, assignee of Incline Fund II, LTD, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517338482 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 02 2023 20:50:35 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517219788 | + | EDI: LENDNGCLUB | | |
| | | | Mar 03 2023 01:34:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 517219793 | + | Email/Text: BKRMailOPS@weltman.com | | |
| | | | Mar 02 2023 20:52:00 | Leroys Jewelers, 375 Ghent Rd, Akron, OH 44333-4601 |
| 517219792 | ^ | MEBN | | |
| | | | Mar 02 2023 20:45:23 | Leroys Jewelers, Sterling Jewelers, Inc/Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 517219794 | + | Email/Text: bankruptcy@marinerfinance.com | | |
| | | | Mar 02 2023 20:52:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 517321334 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Mar 02 2023 20:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517219799 | + | EDI: NAVIENTFKASMSERV.COM | | |
| | | | Mar 03 2023 01:34:00 | Navient, 11100 Usa Pkwy, Fishers, IN 46037-9255 |
| 517219798 | + | EDI: MAXMSAIDV | | |
| | | | Mar 03 2023 01:34:00 | Navient, Navient US Dept of Ed Loan Servicing, Po Box 9635, Wilkes-Barr, PA 18773-9635 |
| 517219800 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Mar 02 2023 20:52:00 | Northland Group, PO Box 390905, Minneapolis, MN 55439-0905 |
| 517273620 | | EDI: AGFINANCE.COM | | |

| District/off: 0312-3 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 109 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 03 2023 01:34:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517219802 | + | EDI: AGFINANCE.COM | | |
| | | | Mar 03 2023 01:34:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 517219804 | + | EDI: AGFINANCE.COM | | |
| | | | Mar 03 2023 01:34:00 | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 517219813 | + | EDI: AGFINANCE.COM | | |
| | | | Mar 03 2023 01:34:00 | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517519543 | | EDI: PRA.COM | | |
| | | | Mar 03 2023 01:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517519544 | | EDI: PRA.COM | | |
| | | | Mar 03 2023 01:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517219822 | + | EDI: RMSC.COM | | |
| | | | Mar 03 2023 01:34:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517219823 | + | EDI: RMSC.COM | | |
| | | | Mar 03 2023 01:34:00 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 517265609 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Mar 03 2023 01:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517328010 | | EDI: Q3G.COM | | |
| | | | Mar 03 2023 01:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517328020 | | EDI: Q3G.COM | | |
| | | | Mar 03 2023 01:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517297090 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Mar 02 2023 20:53:00 | Quicken Loans, Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517219824 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Mar 02 2023 20:53:00 | Quickn Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517219827 | | EDI: AGFINANCE.COM | | |
| | | | Mar 03 2023 01:34:00 | Springleaf Financial S, 4000 Route 130 Ste 12, Delran, NJ 08075 |
| 517219826 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Mar 02 2023 20:51:00 | Shellpoint Mortgage Servicing, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 517219825 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Mar 02 2023 20:51:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 517219828 | + | EDI: RMSC.COM | | |
| | | | Mar 03 2023 01:34:00 | Syncb/home Design Ami, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517219829 | + | EDI: RMSC.COM | | |
| | | | Mar 03 2023 01:34:00 | Syncb/home Design Ami, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517219831 | + | EDI: RMSC.COM | | |
| | | | Mar 03 2023 01:34:00 | Syncb/modells, Po Box 965005, Orlando, FL 32896-5005 |
| 517219830 | + | EDI: RMSC.COM | | |
| | | | Mar 03 2023 01:34:00 | Syncb/modells, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517221275 | + | EDI: RMSC.COM | | |
| | | | Mar 03 2023 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517219832 | + | EDI: RMSC.COM | | |
| | | | Mar 03 2023 01:34:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517219834 | + | EDI: RMSC.COM | | |
| | | | Mar 03 2023 01:34:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517219836 | + | EDI: RMSC.COM | | |
| | | | Mar 03 2023 01:34:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 17-34747-MBK    Doc 63    Filed 03/04/23    Entered 03/05/23 00:16:42    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0312-3 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 109 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517219838 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 517219840 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517219841 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517219842 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517219843 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/TJX, Po Box 965005, Orlando, FL 32896-5005 |
| 517219844 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517219845 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517336102 | + | Email/Text: bncmail@w-legal.com | Mar 02 2023 20:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517219851 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 02 2023 20:52:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 517219850 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 02 2023 20:52:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517219847 | + | EDI: WTRRNBANK.COM | Mar 03 2023 01:34:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517219846 | + | EDI: WTRRNBANK.COM | Mar 03 2023 01:34:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517219852 | ^ | MEBN | Mar 02 2023 20:44:46 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517326654 | + | EDI: AIS.COM | Mar 03 2023 01:34:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517219854 | + | EDI: VERIZONCOMB.COM | Mar 03 2023 01:34:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 517219853 | + | EDI: VERIZONCOMB.COM | Mar 03 2023 01:34:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 517219862 | + | EDI: WFFC2 | Mar 03 2023 01:34:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517219861 | + | EDI: WFFC2 | Mar 03 2023 01:34:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517289035 | | EDI: WFFC2 | Mar 03 2023 01:34:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517293933 | | EDI: WFFC2 | Mar 03 2023 01:34:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517219863 | | EDI: WFFC.COM | Mar 03 2023 01:34:00 | Wffnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |

TOTAL: 102

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517219735 | *+ | American General Financial/Springleaf Fi, Springleaf Financial/Attn: Bankruptcy De, Po Box 3251, Evansville, IN 47731-3251 |

Case 17-34747-MBK    Doc 63    Filed 03/04/23    Entered 03/05/23 00:16:42    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0312-3 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 109 |

| | | |
|---|---|---|
| 517219736 | *+ | American General Financial/Springleaf Fi, Springleaf Financial/Attn: Bankruptcy De, Po Box 3251, Evansville, IN 47731-3251 |
| 517219738 | *+ | American General Financial/Springleaf Fi, 1692 Oak Tree Rd, Edison, NJ 08820-2853 |
| 517219739 | *+ | American General Financial/Springleaf Fi, 1692 Oak Tree Rd, Edison, NJ 08820-2853 |
| 517219746 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517219747 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517219748 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517219742 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517219743 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517219744 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517219761 | *+ | Citifinancia, Attn: Bankruptcy, 605 Munn Dr, Fort Mill, SC 29715-8421 |
| 517219763 | *+ | Citifinancia, 605 Munn Road, Fort Mill, SC 29715-8421 |
| 517219778 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517219856 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517219857 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517219859 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517219860 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517219776 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517219784 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517219782 | *+ | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517219753 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 517219789 | *+ | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 517219790 | *+ | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 517219791 | *+ | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 517296841 | *+ | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 517219795 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 517219796 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 517219801 | *+ | Northland Group, PO Box 390905, Minneapolis, MN 55439-0905 |
| 517219803 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 517219805 | *+ | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 517219806 | *+ | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 517219807 | *+ | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 517219808 | *+ | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 517219809 | *+ | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 517219810 | *+ | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 517219811 | *+ | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 517219812 | *+ | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 517219814 | *+ | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517219815 | *+ | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517219816 | *+ | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517219817 | *+ | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517219818 | *+ | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517219819 | *+ | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517219820 | *+ | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517219821 | *+ | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517564419 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517564420 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517219833 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517219835 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517219837 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517219839 | *+ | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 517219848 | ##+ | TD Retail Card Services, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 517219849 | ##+ | TD Retail Card Services, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 51 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Ramon P DeOcampo ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Kathleen T DeOcampo ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Kevin Gordon McDonald | on behalf of Creditor Quicken Loans Inc. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor CSMC 2017-2 Trust c/o Wilmington Savings Funds Society FSB, d/b/a Christiana Trust mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor CSMC 2017-2 Trust c/o Wilmington Savings Funds Society FSB, d/b/a Christiana Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor CSMC 2017-2 Trust c/o Wilmington Savings Funds Society FSB, d/b/a Christiana Trust smncina@raslg.com |
| Steven P. Kelly | on behalf of Creditor CSMC 2017-2 Trust c/o Wilmington Savings Funds Society FSB, d/b/a Christiana Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12